# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2025 KW 0959

**DECEMBER 11, 2025**

---

In Re:     Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's application for postconviction relief, filed June 26, 2025, on or before January 14, 2026. A copy of the district court's action shall be filed in this court on or before January 21, 2026.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT